IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ERIC ODOM, | ) |
| | ) |
|   Petitioner, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 1:25-00341-KD-MU |
| | ) |
| ESCAMBIA COUNTY, AL, | ) |
| | ) |
|   Respondent. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated October 8, 2025, (Doc. 5), is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that this action is **DISMISSED without prejudice** for Plaintiff's failure to prosecute.

**DONE** and **ORDERED** this **29th** day of **October 2025**.

   /s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**